IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KUATEZ LEWIS, | ) | |
| Petitioner, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:17cv65-MHT (WO) |
| EDWARD ELLINGTON, Warden, et al., | ) ) ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (doc. no. 20) is adopted.

(2) The petition for writ of habeas corpus (doc. nos. 1, 17) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of February, 2019.

                                    /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**